# Rankin & Taylor
## Attorneys at Law

---

11 Park Place, Suite 914  
New York, NY 10007

Gillian@DRMTLaw.com  
Phone: 212-226-4507  
Fax: 212-658-9480

---

**VIA FIRST CLASS MAIL ONLY**

October 8, 2015

Maria Park  
Assistant District Attorney  
District Attorney Kings County  
350 Jay Street  
Brooklyn, NY, 11201

RE:   Jose Garcia, et al. v. The City of New York, et al.  
      Index No. 15-CV-02210 (JG) (JO)

Dear Ms. Jacobs,

   We have received your letter dated August 11, 2015 requesting additional information by which to locate the documents responsive to the subpoena dated August 3, 2015 that was served on your office. Enclosed is a copy of the subject search warrant and additional materials to aid in locating the subject records.

   Of particular interest to us among the subpoenaed records are the investigation, application, and supporting records that led to receipt of a warrant. Please inform us whether you can locate the requested materials and when we can expect to receive them.

Best regards,

Gillian Cassell-Stiga  
Rankin & Taylor, PLLC  
11 Park Place, Suite 914  
New York, NY 10007