| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN              DATE:   11/23/2015
          U.S. MAGISTRATE JUDGE         TIME:   2:00 p.m.

*Jose Garcia et al. v. The City of New York et al.*
15-CV-2210 (JG) (JO)

TYPE OF CONFERENCE:  Status

APPEARANCES:    Plaintiffs      Mark Taylor

                Defendants      Elissa B. Jacobs

SCHEDULING: The next pretrial conference will be held on April 13, 2016, at 9:30 a.m.

SUMMARY: I resolved the parties' remaining discovery dispute by ordering the defendants to produce the names of persons who were incarcerated with plaintiff Luz Melendez but not those who were incarcerated with the minor plaintiffs. The conference previously scheduled for December 2, 2015, is cancelled as unnecessary.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge