UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE GARCIA, JESSICA BAEZ, individually and on behalf of her MINOR CHILD B.M.H., KATHERINE MELENDEZ, individually and on behalf of her MINOR CHILD K.M., JOSE L. GARCIA, SAMANTHA TORRES, individually and on behalf of her MINOR CHILD S.G., LUZ MELENDEZ, JOSHUA BUTLER, and MOISES MELENDEZ,

                        Plaintiffs,

THE CITY OF NEW YORK, Police Department Officer ("P.O.") CARLOS ZAMBRANO (Shield No. 26943), Lieutenant EDDIE LAU, Sergeant CHARLES SENAT (Shield No. 520), Deputy Inspector MARK DIPAULO, Detective ("Det.") LENIN GUERRERO, Det. JAMES POCCILO (Shield No. 4946), Det. STEVEN ATTARIAN (Shield No. 4735), Det. RICHARD COLANGELO (Shield No. 1228), Det. CHRISTOPHER FISCHER (Shield No. 1173), Det. ROBERT HONEYMAN (Shield No. 53), P.O. JOHN DOES 1- 4, in their individual capacities,

                        Defendants.

**STIPULATION AND ORDER**

Index No. 15-CV-2210 (JG)(JO)

---

**WHEREAS,** the Plaintiff's Motion to Compel Discovery [Docket 29] having been partially resolved through the following stipulations regarding the production of discovery;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    Defendants shall provide the Plaintiffs with training materials regarding executions of warrants and vouchering of evidence on or before December 4, 2015; and

    2.    In regards to disciplinary histories of the defendant officers the Defendants shall disclose the summaries by December 7, 2015 and the underlying files containing factual allegations by December 21, 2015; and

    3.    Defendants shall provide the Plaintiffs with copies of the Defendant officer's memo books by December 7, 2015; and

4.  Parties consent to and request the execution of the attached Unsealing Order regarding the application for a search warrant in this matter.

Dated:  New York, New York
        November 30, 2015

Rankin & Taylor, PLLC
*Attorney for Plaintiffs*
11 Park Place, Suite 914
New York, New York 10007
Ph: 212-226-4507

By: _____
    Mark C. Taylor

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, NY 10007

By: _____
    Elissa Beth Jacobs

SO ORDERED:

_____
HON. JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE