UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE GARCIA,

                Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

**Unsealing Order**

15-CV-2210(JG)(JO)

---

      Plaintiffs' application for the unsealing of the Application for Search Warrant #296/14 entered by Acting Justice Calabrese of Supreme Court, Kings County, on May 13, 2014, for 196 Maujer Street, Apartment 1C, Brooklyn, New York, 11206 is hereby granted for the sole purpose of providing to Plaintiffs' counsel a copy of the application to be used only in connection with this action.

Dated: November __, 2015

                                                          _____
                                                          Hon. James Orenstein